UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-24350-TURNOFF

HONORIO E. SOLORZANO, *et al.*,

    Plaintiffs,

v.

**CONSENT**

EMC BUILDERS, LLC, *et al.*,

    Defendants.

_____/

### ORDER DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice. (ECF No. 27). Upon the parties' consent, this case was referred to the undersigned for trial by the Honorable Patricia A. Seitz, United States Senior District Court Judge for the Southern District of Florida. (ECF No. 26).

On December 19, 2016, Plaintiff filed a Notice of Settlement indicating that the parties had reached agreement resolving all of the outstanding issues alleged in the Complaint arising under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, at mediation. (ECF No. 24). Pursuant to § 216(b) of the FLSA, employees may settle their claims under the FLSA if the court approves the proposed settlement. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Toward that end, the Court conducted a fairness hearing on December 21, 2016, at which it reviewed the terms of the settlement agreement in open court. (ECF No. 25). Being otherwise duly advised in the premises, the undersigned found the terms to be a fair and reasonable settlement of

Plaintiff's *bona fide* claims under the FLSA. As such, the parties' settlement agreement was **APPROVED** by the undersigned.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is **DISMISSED with prejudice**, and any pending motions are **DEEMED MOOT**. The Court shall retain jurisdiction for sixty (60) days to enforce the terms of the parties' settlement agreement.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on this ___ day of January 2017.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc: Hon. Patricia A. Seitz
    Counsel of record